UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
Case No. 3:20-cv-00786-BJD-PDB

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

COMPASS PROPERTY
MANAGEMENT GROUP, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant have settled this matter. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com

    Social Justice Law Collective, PL
    974 Howard Avenue
    Dunedin, Florida 34698
    (202) 709-5744
    (866) 893-0416 (Fax)

    Attorneys for the Plaintiff

    By: *s/ Joshua A. Glickman*
          Joshua A. Glickman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 22nd day of October, 2020, which will send a notice of electronic filing to all attorneys of record.

By:  *s/ Joshua A. Glickman*
       Joshua A. Glickman, Esq.