UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
Case No. 3:20-cv-00786-BJD-PDB

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

COMPASS PROPERTY
MANAGEMENT GROUP, LLC,

    Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice. The Parties further confirm to the Court that, by agreement of the parties, each party will bear their own respective attorneys' fees and costs.

                                      Respectfully submitted,

                                      Joshua A. Glickman, Esq.
                                      Florida Bar No. 43994
                                      josh@sjlawcollective.com
                                      Shawn A. Heller, Esq.
                                      Florida Bar No. 46346
                                      shawn@sjlawcollective.com

                                      Social Justice Law Collective, PL
                                      974 Howard Avenue
                                      Dunedin, Florida 34698
                                      (202) 709-5744
                                      (866) 893-0416 (Fax)

                                      Attorneys for the Plaintiff

                                      By:   *s/ Shawn A. Heller*
                                                    Shawn A. Heller, Esq.

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
*COMPASS PROPERTY MANAGEMENT GROUP, LLC*
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone (904) 672-4069
Facsimile (904) 672-4050
Primary e-mail:
Jennifer.watson@csklegal.com
Secondary e-mail:
Shannon.redding@csklegal.com

By: *s/  Jennifer L. Watson*
     JENNIFER L. WATSON
     Florida Bar No.: 251940

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 10th day of November, 2020, which will send a notice of electronic filing to all attorneys of record.

By: *s/ Shawn A. Heller*
    Shawn A. Heller, Esq.