# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**DELROY A. CHAMBERS, JR.,**

    **Plaintiff,**

v.                                            Case No. 3:20-cv-786-J-39PDB

**COMPASS PROPERTY MANAGEMENT GROUP, LLC,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 17; Stipulation) filed on November 10, 2020. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 13th day of November, 2020.

                                                      BRIAN J. DAVIS
                                                    United States District Judge

cs

Copies to:

Counsel of Record